No. 267. KELLY *v.* KOSUGA. C. A. 7th Cir. Certiorari granted. *Joseph W. Louisell* and *Ivan E. Barris* for petitioner. *Lee A. Freeman* for respondent.

No. 110. TAK SHAN FONG *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted. *William B. Mahoney* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 155. SOUTHWESTERN SUGAR & MOLASSES CO., INC., *v.* RIVER TERMINALS CORP. C. A. 5th Cir. Certiorari granted. *Clem H. Sehrt* for petitioner. *Carl G. Stearns* and *Selim B. Lemle* for respondent.

No. 161. MITCHELL, SECRETARY OF LABOR, *v.* KENTUCKY FINANCE CO., INC., ET AL. C. A. 6th Cir. Certiorari granted. *Solicitor General Rankin, Stuart Rothman, Bessie Margolin* and *Sylvia S. Ellison* for petitioner. *Harold H. Levin* for respondents.

No. 174. UNITED STATES *v.* EMBASSY RESTAURANT, INC., ET AL. C. A. 3d Cir. Certiorari granted. *Solicitor General Rankin, Assistant Attorney General Rice, Melva M. Graney* and *George F. Lynch* for the United States.

No. 233. PETTY, ADMINISTRATRIX, *v.* TENNESSEE-MISSOURI BRIDGE COMMISSION. C. A. 8th Cir. Certiorari granted. *Charles W. Miles, III,* and *W. Morris Miles* for petitioner. *James M. Reeves* for respondent.